## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 18-141 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| OSCAR CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's *pro se* Motions (**Docs. 91, 93 & 94**) are **DENIED**, for the same reasons as stated in the text-Order dated April 15, 2019. *See id.* (Doc. 90) (highlighting rule against hybrid-representation). So long as Defendant has counsel of record, any future *pro se* filings will be summarily denied, for the same reasons, without further explanation.

As to Defendant's *pro se* "Notice of [Potential] Conflict of Interest" (Doc. 92), the filing does not indicate the existence of any legitimate conflict; and Defendant is forewarned that the Court does not appreciate, and will not tolerate, unfounded efforts at intimidation (whether by way of fishing-expeditions regarding publicly-available information or otherwise).

The government's Motion (**Doc. 112**) to file an omnibus response to the Defendants' pretrial-motions is **GRANTED**, with slight-exception. The government shall file an omnibus-response to all pretrial motions within twenty-one (21) days of the latest-filed motion (or, 21 days after it becomes definitively-clear that Defendant Shelby Summer Brown will not file pretrial motions; in which case, the Court then will enter a clarifying response-order). This being said, **the government shall file a response to Defendant's Motion to Sever (Doc. 109) by May 14, 2019**.

IT IS SO ORDERED.


April 30, 2019                                    s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge